*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 18-BG-573**

IN RE SCOTT M. MARINELLI

A Suspended Member of the Bar of the
District of Columbia Court of Appeals

**2018 DDN 28**

**Bar Reg. No. 480602**

BEFORE: Easterly and McLeese, Associate Judges, and Ruiz, Senior Judge.

## O R D E R
(FILED—June 30, 2022)

On further consideration of the court's May 29, 2018, order suspending respondent Scott M. Marinelli and staying this matter; the certified copy of the order from the state of New Jersey suspending Mr. Marinelli from the practice of law in that state for two years and until further order of that court; the court's April 19, 2022, order lifting the stay and directing Mr. Marinelli to show cause why the functional reciprocal discipline of a two-year suspension with a fitness requirement should not be imposed; and the statement of Disciplinary Counsel; and it appearing that Mr. Marinelli has not filed either a response to the court's show cause order or his D.C. Bar R. XI, §14(g) affidavit, it is

ORDERED that Scott M. Marinelli is hereby suspended from the practice of law in the District of Columbia for two years with reinstatement conditioned on a showing of fitness. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (explaining that a rebuttable presumption in favor of identical reciprocal discipline applies unless one of the exceptions is established). It is

No. 18-BG-573

FURTHER ORDERED that, for purposes of reinstatement, Mr. Marinelli's suspension will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14(g).

**PER CURIAM**